IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GREGORY E. KUCERA,

    Plaintiff,

v.                                                                                                                               No. 1:19-cv-00931-MV-JFR

DEPARTMENT OF JUSTICE, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on *pro se* Plaintiff's Complaint, Doc. 1, filed October 2, 2019.

The Court has previously imposed filing restrictions on Plaintiff stating: "Plaintiff also will be enjoined from initiating further litigation in this Court . . . unless either a licensed attorney who is admitted to practice before this Court signs the pleading or Plaintiff first obtains permission to proceed *pro se*." Doc. 6 at 2, filed May 21, 2018, in *Kucera v. Lawrence Livermore Nat'l Labs.*, No. 1:18-cv-00250-WJ-LF (D.N.M.) (describing steps Plaintiff must take to obtain permission to proceed *pro se* in this Court). Plaintiff did not take the required steps to obtain permission to proceed *pro se* in this Court and the Complaint is not signed by a licensed attorney who is admitted to practice before this Court. The Court therefore will dismiss this case without prejudice.

**IT IS ORDERED** that this case is dismissed without prejudice.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE